**Philomena CAPASSO and Santo Capasso, Libelants-Appellants, v. UNITED STATES, Respondent-Appellee.**

No. 234.

Circuit Court of Appeals, Second Circuit.

Feb. 10, 1933.

Frederic B. Scott, of New York City (A. J. McMahon, of New York City, of counsel), for appellants.

George Z. Medalie, U. S. Atty., of New York City (William E. Collins, Sp. Asst. to U. S. Atty., of New York City, of counsel), for the United States.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Decree affirmed in open court on consent.